UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICALS COPORATION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FOUGERA PHARMACEUTICALS INC., F/K/A NYCOMED U.S., INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:11-CV-04962-AJN<br>§<br>§<br>§<br>§<br>§<br>§ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Fougera Pharmaceuticals Inc. ("Fougera") discloses that Nycomed U.S., Inc. is now known as Fougera. Fougera's parent corporation, which owns 100% of Fougera's shares, is Fougera Pharmaceuticals Holdings Inc. No publicly held corporation owns more than 10% of the stock of either Fougera or Fougera Pharmaceuticals Holdings Inc.

Dated:  February 27, 2012

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Peter J. Shen
　　　　　　　　　　　　　　　　　　　　David A. Manspeizer
　　　　　　　　　　　　　　　　　　　　Peter J. Shen
　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 230-8800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 230-8888

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　**FOUGERA PHARMACEUTICALS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Andrew Berdon
andrewberdon@quinnemanuel.com

Robert Wilson
robertwilson@quinnemanuel.com

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

**ATTORNEYS FOR PLAINTIFF MEDICIS PHARMACEUTICAL CORPORATION**

/s/ Peter J. Shen
Peter J. Shen