UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

OFFICE COPY

| | |
|---|---|
| MEDICIS PHARMACEUTICALS COPORATION, | § § § § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 1:11-CV-04962-AJN |
| v. | § § |
| FOUGERA PHARMACEUTICALS INC., F/K/A NYCOMED U.S., INC., | § § |
| Defendant. | § § |

## MOTION TO ADMIT DAVID AVRUM MANSPEIZER

### *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, David Avrum Manspeizer, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Fougera Pharmaceutical Inc. in the above-captioned action.

I am in good standing with the Bar of the State of New York and there are no disciplinary proceedings pending against me in any state or federal court. A Certificate of Good Standing in the State Bar of New York is attached hereto and a proposed order is filed herewith.

Dated: March 1, 2012

Respectfully submitted,

By: _____
David A. Manspeizer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
david.manspeizer@wilmerhale.com

*ATTORNEY FOR DEFENDANT*
*FOUGERA PHARMACEUTICALS INC.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDICIS PHARMACEUTICALS COPORATION, | § § § § |
| Plaintiff, | § § |
| | § CIVIL ACTION NO. 1:11-CV-04962-AJN |
| v. | § § |
| FOUGERA PHARMACEUTICALS INC., F/K/A NYCOMED U.S., INC., | § § § |
| Defendant. | § § |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of David Avrum Manspeizer for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York, and that his contact information is as follows:

David Avrum Manspeizer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 295-6314 / Facsimile: (212) 230-8888
Email: david.manspeizer@wilmerhale.com

1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Fougera Pharmaceutical Inc. in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____          _____
                                        Honorable Alison J. Nathan
                                        United States District Judge

2



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## David Avrum Manspeizer

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of October, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **28th day of February, 2012.**



Robert D. Mayberger
Clerk

## **CERTIFICATE OF SERVICE**

I, Saverino Mercadante, hereby certify that on March 1, 2012, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and supporting papers, dated March 1, 2012, was served by overnight mail on:

Andrew M. Berdon
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010


Dated: March 1, 2012

Saverino Mercadante