UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICALS COPORATION, | § § § § | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: MAR 0 5 2012 |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:11-CV-04962-AJN |
| v. | § | |
| | § | |
| FOUGERA PHARMACEUTICALS INC., F/K/A NYCOMED U.S., INC., | § § | |
| Defendant. | § § | |

AJN

[~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of David Avrum Manspeizer for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York, and that his contact information is as follows:

David Avrum Manspeizer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 295-6314 / Facsimile: (212) 230-8888
Email: david.manspeizer@wilmerhale.com

1

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Fougera Pharmaceutical Inc. in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: March 5, 2012

_____
Honorable Alison J. Nathan
United States District Judge

2