```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 6 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MEDICIS PHARMACEUTICAL CORPORATION,                         :
                    Plaintiff,                              :
                                                            :    11 Civ. 4962 (AJN)
          -v-                                               :
                                                            :        ORDER
                                                            :
NYCOMED U.S., INC,                                          :
                    Defendant.                              :
                                                            :
------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    Pursuant to the parties' request, it is ORDERED that the March 30, 2012, conference is rescheduled for Friday, April 20, 2012, at 12:30 pm. The initial report shall be submitted no later than April 13, 2012.

    SO ORDERED:

Dated: March 16, 2012
      New York, New York

                                                ALISON J. NATHAN
                                          United States District Judge