```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MEDICIS PHARMACEUTICAL CORPORATION,
                            Plaintiff,

            -v-                                               11 Civ. 4962 (AJN)
                                                              ORDER

NYCOMED U.S., INC,
                            Defendant.

------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 0 2012

ALISON J. NATHAN, District Judge:

The Court sets the following schedule in this matter:

(1) Amended pleadings shall be filed no later than June 1, 2012;
(2) Opening claim construction briefs shall be filed no later than January 15, 2013;
(3) Responsive claim construction briefs shall be filed no later than February 15, 2013;
(4) A claim construction hearing is set for March 18, 2013, beginning at 9:30 am;
(5) Fact discovery will close March 26, 2013;
(6) A joint preliminary trial report will be due April 15, 2013;
(7) Expert reports concerning issues on which the party has the burden of proof shall be served no later than 45 days after the Court's ruling on claim construction;
(8) Rebuttal expert reports, including Medicis' report(s), if any, on secondary considerations, shall be served no later than 90 days after the Court's ruling on claim construction;
(9) Reply expert reports, including Defendant's report(s), if any, on secondary considerations, shall be served no later than 120 days after the Court's ruling on claim construction;
(10) Expert discovery shall close 165 days after the Court's ruling on claim construction;
(11) Dispositive motions shall be filed no later than 195 days after the Court's ruling on claim construction.

In the event that any party intends to file a dispositive motion prior to the close of discovery, that party shall submit a letter, no more than three pages in length, requesting a pre-motion conference and outlining the basis of the proposed motion. The opposing party may submit a responsive letter, no more than three pages in length, no later than one week after submission of the letter requesting a pre-motion conference. No such letters are required for dispositive motions filed after the close of discovery.

SO ORDERED:

Dated: April 20, 2012
New York, New York

_____
ALISON J. NATHAN
United States District Judge