UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
MEDICIS PHARMACEUTICALS CORPORATION          Plaintiff,          Case No. 11cv4962

-against-

FOUGERA PHARMACEUTICALS INC.                 Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**DAVID MANSPEIZER**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DM8437          My State Bar Number is: 4864602

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

NEW FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 7 WTC, 250 GREENWICH STREET, NY, NY 10007
            FIRM TELEPHONE NUMBER: 212-230-8818
            FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 11, 2012                    /S/ DAVID MANSPEIZER
                                        _____
                                        ATTORNEY'S SIGNATURE