UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MEDICIS PHARMACEUTICALS
CORPORATION            Plaintiff,           Case No.  11cv4962

      -against-

FOUGERA PHARMACEUTICALS
INC.                   Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

PETER J. SHEN
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PS3696           My State Bar Number is  4186813

I am,

[✓]  An attorney

[ ]  A Government Agency attorney

[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK 10022
            FIRM TELEPHONE NUMBER: 212-230-8800
            FIRM FAX NUMBER: 212-230-8888

NEW FIRM:   FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS: 7 WTC, 250 GREENWICH STREET, NY, NY 10007
            FIRM TELEPHONE NUMBER: 212-230-8818
            FIRM FAX NUMBER: 212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012                    /S/  PETER J. SHEN
                                        _____
                                        ATTORNEY'S SIGNATURE